UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
2009-1077

Powers Kirn, LLC
728 Marne Highway
P.O. Box 848
Moorestown, NJ 08057

In Re:

    Maurice Wilson
    Claudia Wilson

Case No.: 09-15137 GMB

Hearing Date: 02/16/2010

Judge: Honorable Gloria M. Burns

Chapter: 13

Order Filed on 2/17/2010 by Clerk U.S. Bankruptcy Court District of New Jersey

## CONSENT ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2)   is hereby **ORDERED**.

**DATED: 2/17/2010**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Debtor: Maurice Wilson and Claudia Wilson
Case No.: 09-15137 GMB
Caption of Order: CONSENT ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

---

Upon the motion of Powers Kirn, LLC, Attorney for U. S. Bank Home Mortgage servicing agent for U.S. Bank Home Mortgage, debtor(s)' mortgagee, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown, it is

**ORDERED** as follows:

1. Debtor(s) shall commence curing post petition arrears through January 1, 2010, in the sum of $4,117.38 as provided hereinafter.

2. Post petition arrears of $4,117.38 shall be cured through the debtor(s)' plan and are hereby added to the claim filed by the mortgagee.

3. Debtor(s) shall resume regular monthly mortgage payments starting on February 1, 2010.

4. The mortgagee is awarded a counsel fee and costs of $500.00 on this application, which sum shall be collected and disbursed by the standing trustee in addition to the mortgagee's claim.

5. Should debtor(s) default in any payment for a period exceeding thirty (30) days, upon certification of mortgagee's attorney, with notice to the trustee, debtor and debtor's attorney, if any, but without further hearing, the stay shall be vacated by further order of this Court.

6. The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.

The undersigned hereby consent to the form and entry of the foregoing order.

/s/ Jill T. Bryan
Jill T. Bryan, Esquire
Attorney for Maurice Wilson and Claudia Wilson


/s/ William M. E. Powers III
William M. E. Powers III
Attorney for U.S. Bank Home Mortgage

*Approved by Judge Gloria M. Burns February 17, 2010*